Petition for Writ of Habeas Corpus

Plaintiff
Eric Anthony Tillman Jr #54952-039

vs.

Defendants
Warden B. Lammer
DHO J. Bradley
FCC Terre Haute

FILED
01/13/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

Case Number:
2:21-cv-38-JPH-DLP

## Petition

I am challenging a D.H.O. sanction for incident report #3448847. I have previously stated my concerns to all staff relating to the individuals in the incident report regarding my safety concerns as well as retaliation concerns. I have also filed two civil suits # 2:20-cv-00592-JPH-MJD and 2:21-00001-JPH-MJD. This was retaliation. I was written up for banging my head on the wall allegedly. My staff rep stated he could not help me and did not want to. So I was in a lose, lose situation being that the DHO officer and I had a verbal altercation on Nov 5th, 2020. He already had planned what he was going to do. This was not a fair process and my due process was bad being my witnesses stated I did nothing wrong and no camera was present during this, they were trying to take all my GCT so that my release was beyond 1 year so I could be transferred. My release changed from 10-18-21 to 2-26-22 with these incidents. They are doing this because I used PREA. I am requesting that I be released and my 40 days Non vested GCT as well as 27 days GCT be reinstated. Respectfully

Eric Tillman