UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ERIC ANTHONY TILLMAN, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:21-cv-00038-JPH-DLP |
| | ) | |
| B. LAMMER, | ) | |
| J. BRADLEY, | ) | |
| FCC TERRE HAUTE, | ) | |
| | ) | |
| Respondents. | ) | |

**Order Dismissing Action
and Directing Entry of Final Judgment**

This action was opened on January 13, 2021, on Federal Bureau of Prisons inmate Eric Anthony Tillman, Jr.'s letter to the Court referencing discipline he received for banging his head against a wall. Dkt. 1. On January 19, 2021, the Court ordered Mr. Tillman to pay the filing fee or demonstrate his financial inability to do so, and to file an amended petition stating his grounds for habeas corpus relief. Dkt. 3. The clerk sent Mr. Tillman a form for seeking habeas corpus on a prison disciplinary conviction. *Id.* Mr. Tillman was directed to complete these tasks no later than February 19, 2021. As of today, Mr. Tillman has not paid the fee, sought *in forma pauperis* status, or filed an amended petition, and the time for doing so has passed.

Accordingly, this action is **dismissed** for failure to pay the filing fee, failure to prosecute, and failure to follow a court order. Fed. R. Civ. P. 41(b). Final judgment consistent with this Order shall now enter.

**SO ORDERED.**

Date: 3/18/2021

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Eric Anthony Tillman, Jr.
54952-039
Terre Haute Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808