UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| ERIC ANTHONY TILLMAN, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:21-cv-00038-JRS-DLP |
| | ) | |
| B. LAMMER, | ) | |
| J. BRADLEY, | ) | |
| FCC TERRE HAUTE, | ) | |
| | ) | |
| Respondents. | ) | |

## **FINAL JUDGMENT**

The Court having this day made its Order directing the entry of final judgment, now enters

FINAL JUDGMENT. This action was dismissed without prejudiced for failure to prosecute and

failure to follow a court order.


Date: 3/18/2021

ROGER A.G. SHARPE, Clerk of Court

By: _Pam Pope_
      Deputy Clerk

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana


Distribution:

Eric Anthony Tillman, Jr.
54952-039
Terre Haute Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, IN 47808